|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ZENDAIDA BOSE,

         Plaintiff,

  v.

VIRGIL VALIN and AMOR VALIN, individually and together dba LASSEN PARK RESIDENTIAL HALL and LASSENPARK VILLA,

         Defendants.

Case No.  14-CV-04744 NC

[~~Proposed~~] **ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE INITIAL CMC FOR 45 DAYS**

Based on good cause shown and request by Plaintiff, the Court hereby continues this matter for a minimum of forty-five days.  The new date for the hearing ~~shall be set for the first available date after forty-five days~~ is March 11, 2015 at 10:00 a.m. in Courtroom 7, 4th Floor, San Jose. Case management statement due March 4, 2015.  The parties will be notified via ECF

Dated:  January 21, 2015

**IT IS SO ORDERED AS MODIFIED**
*Judge Nathanael M. Cousins*

4    Case No. 14-CV-04744 NC