TOMAS E. MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 West Santa Clara Street, Suite 790
San Jose, CA 95113
Telephone: (408) 317-1100
Facsimile: (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com

Attorneys for Plaintiffs
ZENAIDA BOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ZENAIDA BOSE,

Plaintiff,

v.

VIRGIL VALIN and AMOR VALIN, individually and together dba LASSENPARK RESIDENTIAL HALL and LASSENPARK VILLA,

Defendants.

Case No. 14-CV-04744 NC

**STIPULATION RE: SERVICE AND INITIAL CASE MANAGEMENT CONFERENCE** AND ORDER THEREON

TO THIS COURT AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:

The parties have stipulated to the following in regard to service of the initial pleadings and the initial case management conference:

1. Defendants do not believe that they were properly served. Rather than litigate over this issue, Defendants waived service under Fed. R. Civ. Pro. 4(d) as of February 10, 2015, and are now permitted until April 13, 2015 to file an Answer.
2. Because of Defendants' waiver of service, the parties jointly request that the initial CMC currently scheduled for March 11, 2015 be continued until April 22, 2015. This will

permit Defendants to prepare their responsive pleadings, the parties to participate meaningfully in the Initial Case Management Conference, and to meet and confer on the production of documents, discovery and settlement.

Dated:

//s//
Huy Tran
JUSTICE AT WORK LAW GROUP
Attorney for Plaintiff ZENAIDA BOSE

Dated: 2/13/15

//s//
Zane Becker
Attorney for Defendants
VIRGIL VALIN and AMOR VALIN

ORDER

The case management conference is continued to April 29, 2015 at 10:00 a.m. in Courtroom 7, 4th Floor, San Jose. A joint case management statement is due April 22, 2015.

Dated: February 18, 2015

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins