1  TOMAS E. MARGAIN, Bar No. 193555
   HUY TRAN, Bar No. 288196
2  Justice at Work Law Group
   84 West Santa Clara Street, Suite 790
3  San Jose, CA 95113
   Telephone: (408) 317-1100
4  Facsimile: (408) 351-0105
   Tomas@JAWLawGroup.com
5  Huy@JAWLawGroup.com

6  Attorneys for Plaintiffs
   ZENAIDA BOSE

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11

12 | ZENAIDA BOSE and FLORENTINO SABUG, | Case No.  14-CV-04744 NC
13 |                                     | **SECOND STIPULATION RE: SERVICE AND INITIAL CASE MANAGEMENT CONFERENCE** AND ORDER
14 |            Plaintiffs,              |
15 |       v.                            |
16 | VIRGIL VALIN and AMOR VALIN, individually and together dba LASSENPARK RESIDENTIAL HALL and LASSENPARK VILLA, and SUNRISE RCFE, INC., |
17 |                                     |
18 |            Defendants.              |

20

21   TO THIS COURT AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:

22   The parties have stipulated to the following in regard to service of the initial pleadings and

23   the initial case management conference:

24   1. In the course of investigation, new parties were discovered.  Plaintiff FLORENTINO

25      SABUG joins Plaintiff ZENAIDA BOSE on all actions, and Defendant SUNRISE RCFE,

26      INC. has been named.  Defense Counsel ZANE BECKER will represent SUNRISE as

27      well as Defendants VIRGIL and AMOR VALIN.

28

                                    1                       Case No. 14-CV-04744 NC
                              SECOND STIPULATION

2. Defendant SUNRISE will waive service under FRCP 4, giving it 60 days from the date of this stipulation to file an Answer.  The parties agree that the deadline for Defendant SUNRISE is Monday, May 25, 2015.

3. The parties have been negotiating a settlement in good faith, and have made progress.  To permit the parties more time to attempt informal resolution, the parties stipulate and jointly request that the deadline for all Defendants to file their Answer be set for May 25, 2015.  The parties also stipulate and jointly request that the Initial CMC currently set for April 29 be continued until June 3.

**IT IS SO STIPULATED**

Dated: March 25, 2015

*//s//Huy Tran//s//*
Huy Tran
Attorney for Plaintiffs
ZENAIDA BOSE and  FLORENTINO SABUG

Dated: March 25, 2015

*//s//Zane Becker//s//*
Zane Becker
Attorney for Defendants
VIRGIL VALIN, AMOR VALIN and SUNRISE RCFE, INC.

Dated:  March 26, 2015

GRANTED
Judge Nathanael M. Cousins

Case No. 14-CV-04744 NC
SECOND STIPULATION