1  TOMAS E. MARGAIN, Bar No. 193555
   HUY TRAN, Bar No. 288196
2  Justice at Work Law Group
   84 West Santa Clara Street, Suite 790
3  San Jose, CA 95113
   Telephone: (408) 317-1100
4  Facsimile: (408) 351-0105
   Tomas@JAWLawGroup.com
5  Huy@JAWLawGroup.com

6  Attorneys for Plaintiffs
   ZENAIDA BOSE and
7  FLORENTINO SABUG

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | ZENAIDA BOSE and FLORENTINO | Case No. 14-CV-04744 NC
   | SABUG, |
13 | | **THIRD STIPULATION RE: SERVICE**
   |                Plaintiffs, | **AND INITIAL CASE MANAGEMENT**
14 | | **CONFERENCE**
   |     v. |
15 | |
   | VIRGIL VALIN and AMOR VALIN, |
16 | individually and together dba |
   | LASSENPARK RESIDENTIAL HALL |
17 | and LASSENPARK VILLA, and |
   | SUNRISE RCFE, INC., |
18 | |
   |                Defendants. |
19

20

21     TO THIS COURT AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:

22     The parties have stipulated to the following in regard to initial case management conference:

23     The parties have been negotiating a settlement in good faith, and have made progress. The

24 parties have also scheduled a private mediation session on June 26, 2015. To permit the parties

25 more time to attempt resolution, the parties stipulate and jointly request that the deadline for all

26 Defendants to file their Answer be set for July 15, 2015. The parties also stipulate and jointly

27 request that the Initial CMC currently set for June 3 be continued until July 15, 2015.

28

                                              1                        Case No. 14-CV-04744 NC
                                       THIRD STIPULATION

**IT IS SO STIPULATED**

Dated: May 19, 2015

*//s//Huy Tran//s//*
Huy Tran
Attorney for Plaintiffs
ZENAIDA BOSE and FLORENTINO SABUG

Dated: May 19, 2015

*//s//Zane Becker//s//*
Zane Becker
Attorney for Defendants
VIRGIL VALIN, AMOR VALIN and SUNRISE RCFE, INC.

ORDER

Defendants to file their Answer by July 15, 2015. Case management conference is continued to July 22, 2015 at 10:00 AM. Joint case management statement due July 15, 2015.

Dated: May 20, 2015

IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

2                                          Case No. 14-CV-04744 NC

THIRD STIPULATION