UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENAIDA BOSE, et al.,<br>    Plaintiffs,<br>    v.<br>VIRGIL VALIN, et al.,<br>    Defendants. | Case No.14-cv-04744-NC<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 22 |

Plaintiff Zenaida Bose moves to dismiss with prejudice this wage and hour case brought under the Fair Labor Standards Act and the California Labor Code. Bose states that she settled this matter with defendants and that the parties signed a settlement agreement. Dkt. No. 22. Settlements of FLSA claims, however, require approval from the Court or the Secretary of Labor. *Luo v. Zynga Inc.*, No. 13-cv-00186 NC, Dkt. No. 34, 2014 WL 457742, at *2 (N.D. Cal. Jan. 31, 2014) ("A district court presented with a proposed settlement of FLSA claims must determine whether the settlement is a fair and reasonable resolution of a bona fide dispute.") (internal quotation marks and citation omitted).

Accordingly, the parties are ordered to produce the settlement agreement and show cause why the Court should approve the settlement agreement and dismiss the case. The parties are further ordered either to file the settlement agreement publicly or else to show cause why the settlement agreement should be filed under seal under Civil Local Rule

Case No.:14-cv-04744-NC

79-5. The parties must file their response to this Order within 14 days.

Additionally, the Court orders defendants to file the attached consent or declination form by July 15.

Finally, the Court continues the case management conference, currently scheduled for July 22, 2015, to August 12, 2015, at 10:00 a.m. in Courtroom 7, 4th Floor, at the San Jose Courthouse. The parties must file a case management statement by August 5, 2015.

**IT IS SO ORDERED.**

Dated: July 8, 2015                                    _____
                                                                                NATHANAEL M. COUSINS
                                                                                United States Magistrate Judge

Case No.:14-cv-04744-NC                 2