UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENAIDA BOSE, et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>VIRGIL VALIN, et al.,<br><br>          Defendants. | Case No.14-cv-04744-NC<br><br>**ORDER GRANTING REQUEST TO DISMISS CASE**<br><br>Re: Dkt. No. 24 |

Plaintiffs Zenaida Bose and Florentino Sabug request that the Court dismiss their Fair Labor Standards Act case against defendants Virgil Valin, Amor Valid, Lassenpark Residential Hall, Lassenpark Villa, and Sunrise RCFE, Inc. with prejudice. All parties have now consented to the jurisdiction of a magistrate judge. Dkt. Nos. 7, 25. The Court GRANTS plaintiffs' request and retains jurisdiction to enforce the settlement through February 28, 2016.

Having reviewed the settlement agreement, Dkt. No. 27, as well as plaintiffs' counsels' declaration describing the case's potential value with attorneys' fees and costs ($100,000), Dkt. No. 26, the Court finds the agreement terms ($36,000 settlement amount) to be a "fair and reasonable resolution of a bona fide dispute" and dismisses the case. *See Luo v. Zynga Inc.*, No. 13-cv-00186 NC, 2014 WL 457742, at *2 (N.D. Cal. Jan. 31, 2014) (internal quotation marks and citation omitted).

Case No.:14-cv-04744-NC

1   The Court dismisses the case with prejudice and orders the clerk to terminate
2   Case No. 14-cv-4744.
3   **IT IS SO ORDERED.**
4   Dated: July 16, 2015             _____
                                      NATHANAEL M. COUSINS
5                                    United States Magistrate Judge

Case No.:14-cv-04744-NC            2